429 P.2d 656

Jack KELLY, Jr., Petitioner,

v.

Honorable Joe ANGEL, District Judge,
Fourth Judicial District, State
of New Mexico, Respondent.

No. 8444.

Supreme Court of New Mexico.

June 7, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition issued out of this Court on May 22, 1967 in this cause, be and the same is hereby made permanent.

429 P.2d 656

The STATE of New Mexico ex rel., Thomas
B. SHEARMAN, Thomas B. Shearman, Jr.
and William Hugh Shearman, Petitioners,

v.

DISTRICT COURT OF the FIFTH JUDI-
CIAL DISTRICT of the State of New Mex-
ico WITHIN AND FOR CHAVES COUN-
TY, New Mexico, and Honorable George L.
Reese, Jr., District Judge, Respondents.

No. 8448.

Supreme Court of New Mexico.

June 7, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

429 P.2d 656

Manuel HUERTA, Tommy Salas, Larry Ras-
con, Jake Salas, Roberto Aguilar, Jr., Abel
Esquibel, Tony Martinez and Eddy Salas,
Petitioners,

v.

JUVENILE COURT OF EDDY COUNTY
and Hon. Caswell S. Neal, as Judge of
said Juvenile Court, Respondents.

No. 8466.

Supreme Court of New Mexico.

July 10, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the above entitled cause be and the same is hereby dismissed.

Further ordered that the Alternative Writ of Prohibition issued out of this Court on June 30, 1967, be and the same is hereby quashed.

429 P.2d 656

STATE of New Mexico ex rel.
Linda KOVACH, Petitioner,

v.

Salomon VALLEJOS, Clerk of the Court of
the Second Judicial District, Bernalillo

County, New Mexico, Respondent.

No. 8484.

Supreme Court of New Mexico.

July 25, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.